IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTHA CHACON-ACEVEDO,

    Plaintiff

v.                        CIVIL NO. 09-1857 (JP)

MIGUEL COTTO-VAZQUEZ, et al.,

    Defendants

### FINAL JUDGMENT

At the settlement conference, the parties hereto have reached a settlement agreement in this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF TO HAVE AND RECOVER FORTY SEVEN THOUSAND FIVE HUNDRED DOLLARS ($47,500.00) FROM DEFENDANTS**. Said amount is payable on or before May 7, 2010. This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of May, 2010.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANTS

HECTOR PEDROSA LUNA, ESQ.      GABRIEL PENAGARICANO, ESQ.